UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSE MEDINA, Petitioner | ) | |
| | ) | |
| v. | ) | Civil No. 04-11759-GAO |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent | ) | |

## GOVERNMENT'S MOTION FOR BRIEF CONTINUANCE OF TIME WITHIN WHICH TO FILE RESPONSE TO DEFENDANT'S PETITION

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Assistant U.S. Attorney Heidi E. Brieger, hereby respectfully requests the Court to continue for twenty (20) days -- to December 29, 2004 -- the time within which the Government must respond to the Petition in the above-captioned matter.

As grounds for the request, the government states that it must retrieve and examine trial transcripts in order to respond to petitioner's claims on the merits. In consideration of the government's ongoing efforts to present a full and complete response to the defendant's petition, the government requests a brief amount of additional time in order to prepare its response to petitioner's request.

**WHEREFORE,** the government respectfully requests this Court to continue the time within which it must respond to Defendant's

Petition in this matter.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:     /s/ Heidi E. Brieger
             HEIDI E. BRIEGER
             Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.                Boston, Massachusetts

    This is to certify that a copy of the foregoing motion was sent by United States mail to Jose Medina, 22539-038, FMC Devens, P.O. Box 879, Ayers, MA 01432 this 30th day of November, 2004.

                                    /s/ Heidi E. Brieger
                                    HEIDI E. BRIEGER
                                    Assistant U.S. Attorney