| | |
|---|---|
| **DATE:** | December 18, 2004 |
| **TO:** | United States District Court |
| **FROM:** | Jose Medina #22539038 |
| **RE:** | Change of Address in Case # 99CR10140 and Case # 04CV11759 |

This memo serves as notice that I have been relocated to a new camp. My new address is as follows:

> Federal Prison Camp- Unit GB
> 2650 Highway 301 South
> Jesup, GA 31599

Please update your files with my new address so that I may receive all correspondence regarding my case. Thank you!