UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE MEDINA, Petitioner        )
                               )
         v.                    )     Civil No. 04-11759-GAO
                               )
UNITED STATES OF AMERICA,      )
         Respondent            )

**GOVERNMENT'S SECOND MOTION FOR CONTINUANCE OF TIME WITHIN
WHICH TO FILE RESPONSE TO DEFENDANT'S PETITION**

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Assistant U.S. Attorney Heidi E. Brieger, hereby respectfully requests the Court to continue until January 28, 2005, the time within which the Government must respond to the Petition in the above-captioned matter.

As grounds for the request, the government states that a brief amount of additional time in order to finalize its response to defendant's Petition.

**WHEREFORE,** the government respectfully requests this Court to continue the time within which it must respond to Defendant's Petition in this matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
HEIDI E. BRIEGER
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Suffolk, ss.                    Boston, Massachusetts

This is to certify that a copy of the foregoing motion was sent by United States mail to Jose Medina, 22539-038, FMC Devens, P.O. Box 879, Ayers, MA 01432 this 4th day of January, 2005.

_____
HEIDI E. BRIEGER
Assistant U.S. Attorney