TO:	United States District Court

FROM:	Jose Medina

RE:	Change of Address in Case # 99CR10140 and Case # 04CV11759


This memo serves as notice that I have been relocated to a new camp. My new address is as follows:

Jose Medina #22539038
Federal Detention Center
P.O. Box 019120
Miami, FL 33101-9120


Please update your files with new address so that I may receive all correspondence regarding my case.

Thank you in advance!!