UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE MEDINA
        Plaintiff(s)

v.                      CIVIL ACTION NO. 04-11759-GAO

UNITED STATES OF AMERICA
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's Memorandum and Order, dated 5/23/05, the petitioner's Motion to Vacate his sentence under 28 USC Section 2255 (#1) is DENIED.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 5/25/05                      By PAUL S. LYNESS
                                                                  Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)